## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL MILLER, | : | No. 1:24-cv-00014-SES |
| Plaintiff, | : | |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| COUNTY OF LANCASTER, *et al.*, | : | |
| Defendants. | : | (Electronically filed) |

### DEFENDANT COUNTY OF LANCASTER'S MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)

Defendant County of Lancaster, by and through its undersigned counsel, moves to dismiss the Complaint filed in the above-captioned action (Doc. No. 1) pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), for the reasons set forth in its supporting brief, to be filed in accordance with Local Rule 7.5.

Respectfully submitted,

McNEES WALLACE & NURICK LLC

By *Sarah H Staub*
Sarah Hyser-Staub
PA I.D. No. 315989
100 Pine Street
Harrisburg, PA 17101
717-237-5473
sstaub@mcneeslaw.com

Dated: February 1, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that, pursuant to an agreement with Plaintiff, I have this day served a copy of the foregoing document by electronic mail upon the following:

Michael Miller
PO Box 802
Ephrata, PA 17522
reaganfive@protonmail.com

McNEES WALLACE & NURICK LLC

By _Sarah H Staub_
Sarah Hyser-Staub
PA I.D. No. 315989
100 Pine Street
Harrisburg, PA 17101
717-237-5473
sstaub@mcneeslaw.com

Dated: February 1, 2024