## **CERTIFICATE OF NON-CONCURRENCE**

I hereby certify that I sought the concurrence of Plaintiff in Defendant County of Lancaster's Motion to Dismiss the Complaint. Plaintiff does not concur in the motion.

                              McNEES WALLACE & NURICK LLC

                              By *Sarah H Staub*
                                  Sarah Hyser-Staub
                                  PA I.D. No. 315989
                                  100 Pine Street
                                  Harrisburg, PA 17101
                                  717-237-5473
                                  sstaub@mcneeslaw.com

Dated: February 1, 2024