# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL MILLER, | : | No. 1:24-cv-00014-SES |
| Plaintiff, | : | |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| COUNTY OF LANCASTER, *et al.*, | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, on this ____ day of _____ 2024, upon consideration of Defendant County of Lancaster's Motion to Dismiss the Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), IT IS ORDERED THAT the Motion is GRANTED, and the Complaint (Doc. No. 1) is DISMISSED WITH PREJUDICE.  The Clerk of Court is directed to CLOSE the above-captioned case.

_____
The Honorable Susan E. Schwab
United States Magistrate Judge