# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| MICHAEL MILLER, | : | | |
| Plaintiff | : | No. 1:24-cv-00014 | |
| | : | | |
| v. | : | Magistrate Judge Schwab | |
| | : | | |
| COUNTY OF LANCASTER & THE OFFICE OF OPEN RECORDS, | : | Electronically Filed Document | |
| Defendants | : | *Complaint Filed 01/04/2024* | |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of the Pennsylvania Office of Open Records in the above-captioned matter.

          Respectfully submitted,

          MICHELLE A. HENRY
          Attorney General

By:  *s/ Mary Katherine Yarish*
          MARY KATHERINE YARISH
**Office of Attorney General**    Deputy Attorney General
**15th Floor, Strawberry Square**   Attorney ID #328843
**Harrisburg, PA 17120**
**Phone: (717) 783-6315**      KAREN M. ROMANO
          Chief Deputy Attorney General
myarish@attorneygeneral.gov  Civil Litigation Section

**Date: February 1, 2024**    *Counsel for Defendant the Pa. Office of Open Records*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL MILLER, | : | |
| Plaintiff | : | No. 1:24-cv-00014 |
| | : | |
| v. | : | Magistrate Judge Schwab |
| | : | |
| COUNTY OF LANCASTER & THE OFFICE OF OPEN RECORDS, | : | Electronically Filed Document |
| Defendants | : | Complaint Filed 01/04/2024 |

## CERTIFICATE OF SERVICE

I, Mary Katherine Yarish, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on February 1, 2024, I caused to be served a true and correct copy of the foregoing document titled Entry of Appearance to the following:

**VIA U.S. MAIL**

Michael Milller
108 N. Reading Rd.
Ste. F, 246
Ephrata, PA 17522
*Pro Se Plaintiff*

**VIA ECF**

Sarah Hyser-Staub
McNees Wallace & Nurick LLC
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17108-1166
717-237-5473
sstaub@mcneeslaw.com
*Counsel for Def. County of Lancaster*

   *s/ Mary Katherine Yarish*
**MARY KATHERINE YARISH**
Deputy Attorney General