## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL MILLER,** | **:** | |
| **Plaintiff** | **:** | **No. 1:24-cv-00014** |
| | **:** | |
| **v.** | **:** | **Magistrate Judge Schwab** |
| | **:** | |
| **COUNTY OF LANCASTER & THE** | **:** | **Electronically Filed Document** |
| **OFFICE OF OPEN RECORDS,** | | |
| **Defendants** | **:** | *Complaint Filed 01/04/2024* |

<u>ORDER</u>

**AND NOW**, this _____ day of _____ 2024, upon consideration of the Defendant the Office of Open Records' Motion for Extension of Time to file its Response to the Complaint (Doc. 1), it is hereby **ORDERED** that said motion is **GRANTED**.

Defendant the Pennsylvania Office of Open Records shall file its responsive pleading to the Complaint (Doc. 1) on or before April 1, 2024.


_____
**HONORABLE SUSAN E. SCHWAB**
**United States District Magistrate Judge**