DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
FEB 05 2024
PER_____
DEPUTY CLERK

| | |
|---|---|
| Michael Miller<br>    Petitioner,<br><br>v.<br><br>COUNTY OF LANCASTER, ET. AL.<br>[political subdivision];<br><br>OFFICE OF OPEN RECORDS<br>[State agency]<br>    Respondents. | Case No: 1:24-CV-00014-SES<br><br>Magistrate Judge, Susan E. Schwab |

## PETITIONER'S AFFIDAVIT AND DEMAND FOR ENTRY OF DEFAULT

Petitioner, Michael Miller ["Miller"] files an affidavit and demand for the clerk to enter a default for Respondent, Office of Open Records ["OOR"], and in support states:

## AFFIDAVIT

UNDER PENALTIES OF PERJURY, the undersigned affiant states:

1. My name is Michael Miller ["I" or "my"]:

2. I filed a petition in the District Court of the United States of the Middle District of Pennsylvania on January 4, 2024 (Doc. 1).

3. I named Office of Open Records as a Respondent.

4. I made multiple factual allegations of acts done by Office of Open Records through its agents.

5. I verified these factual allegations by an affidavit.

6. I provided timely and proper service of a summons and petition to Elizabeth Wagenseller, Executive Director of OOR, on January 11th, 2024. (Doc. 6)

7. OOR's responsive pleading was due on February 1, 2024. *See* Fed R. Civ. P. 12(a)(1)(A)(i).

8. As of February 2, 2024, OOR did not serve me an answer or otherwise defend. (Doc. 10).

FURTHER THE AFFIANT SAYETH NAUGHT.

**Michael Miller: Affiant**

LANCASTER, PENNSYLVANIA

BEFORE ME this 5th day of February, 2024 personally appeared Michael Miller who, being by me first duly sworn and identified in accordance with Pennsylvania law, affirmed the foregoing in my presence.

Signature: _____

Printed: Elizabeth Weber

Notary Public

Commonwealth of Pennsylvania - Notary Seal
Elizabeth Weber, Notary Public
Lancaster County
My commission expires August 13, 2025
Commission number 1404095

## DEMAND FOR ENTRY OF DEFAULT FOR RESPONDENT, OFFICE OF OPEN RECORDS

Miller demands the clerk enter a default for Respondent, Office of Open Records, and in support states:

1. Fed R. Civ. P. 55(a) states:

   *"(a) Entering a Default. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, <u>the clerk must enter the party's default</u>."*

2. Practice for entry of default is directed by *DeTore v. LOCAL NO. 245, ETC., 511 F. Supp. 171 (D.N.Y. 1981), 176*, which states:

   *"The recognized practice is equally simple and brief. A resident defendant served with summons and complaint is to serve his answer on the plaintiff, and file it with the clerk with proof of service, within 20 days after having been served with process. Service of the answer on plaintiff's attorney is an essential part of this pleading step. Plaintiff's attorney, of course, will know whether he has been served with a copy of a defendant's answer or not.*

   *If he is not served with answer within 20 days after process service was effected, the plaintiff's attorney need only file with the clerk an affidavit, or certification in lieu of oath, under penalty of perjury, 28 U.S.C. § 1746, establishing that more than 20 days have elapsed since service of the summons and complaint, and that no answer has been served. Thereupon, routinely and as a matter of course, the clerk enters the default of that defendant on the docket. No motion is required and no order is involved."*

3. Citing *DeTore*, this Court clarified in *McClure v. City of Harrisburg*, Civil No. 1: 14-CV-0958 (M.D. Pa. July 7, 2014), that the words "otherwise

defend," as used in Rule 55(a), have been interpreted to refer to motions to dismiss.

*[See also Kearney v. Hibner, Civil No. 1: 13-CV-1892 (M.D. Pa. Dec. 2, 2013; and NATIONWIDE PROPERTY & CASUALTY INSURANCE CO. v. Janis, Civil Action No. 1: 08-cv-00153 (M.D. Pa. July 11, 2008).]*

4. OOR's filing on February 1, 2024 was neither an answer nor a motion to dismiss. (Doc. 10)

5. By rule, OOR failed to plead or otherwise defend and that failure is shown by Miller's affidavit.

6. All conditions are met under Fed R. Civ. P. 55(a)., therefore the clerk must enter OOR's default.

WHEREFORE, Miller demands the clerk enter a default for Respondent, Office of Open Records.

Respectfully Submitted:

Michael Miller
108 N. Reading Rd, Ste F, 246
Ephrata, PA 17522
(717) 388-0163
reaganfive@protonmail.com

Date: February 5, 2024

# CERTIFICATE OF SERVICE

I hereby certify that I served by e-mail a true and correct copy of this filing to the following:

Yarish, Mary Katherine
15th Floor, Strawberry Square
Attorney ID #328843
Harrisburg, PA 17120
Phone: (717) 783-6315
myarish@attorneygeneral.gov

Sarah Hyser-Staub
PA I.D. No. 315989
100 Pine Street
Harrisburg, PA 17101
717-237-5473
sstaub@mcneeslaw.com

Respectfully Submitted,

/s/*Michael Miller*
Michael Miller
108 N. Reading Rd., Ste F, 246
Ephrata PA 17522
reaganfive@protonmail.com
717-388-0163

Dated: February 5, 2023