# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL MILLER,** | : | CIVIL ACTION NO. 1:24-CV-14 |
| **Plaintiff,** | : | Magistrate Judge Susan E. Schwab |
| v. | : | |
| **COUNTY OF LANCASTER, ET AL.,** | : | |
| **Defendant.** | : | |

## ENTRY OF DEFAULT

Default is hereby entered against defendant, **OFFICE OF OPEN RECORDS,** for failure to file an answer and/or otherwise plead, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

                                                    Peter J. Welsh, Clerk of Court
                                                    by: *s/ SHAWNA CIHAK*
                                                    Deputy Clerk

Dated: 2/05/2024