# DISTRICT COURT OF THE UNITED STATES
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Michael Miller<br>   Petitioner,<br>v.<br><br>COUNTY OF LANCASTER, ET. AL.,<br>   Respondents. | CIVIL ACTION NO: 1:24-CV-14<br><br>Magistrate Judge Susan E. Schwab |

## NOTICE OF INTENT TO APPLY FOR DEFAULT JUDGMENT

Petitioner, Michael Miller hereby notices Respondent, Office of Open Records, of his intent to apply for entry of default judgment against Respondent, Office of Open Records. This notice is provided pursuant Fed R. Civ. P. 55(b)(2).

Respectfully Submitted:

/s/ *Michael Miller*
Michael Miller
108 N. Reading Rd, Ste F, 246
Ephrata, PA 17522
(717) 388-0163
reaganfive@protonmail.com

Date: February 6, 2024

# CERTIFICATE OF SERVICE

I hereby certify that I served by e-mail a true and correct copy of the foregoing document to the following:

Yarish, Mary Katherine
15th Floor, Strawberry Square
Attorney ID #328843
Harrisburg, PA 17120
Phone: (717) 783-6315
myarish@attorneygeneral.gov

Sarah Hyser-Staub
PA I.D. No. 315989
100 Pine Street
Harrisburg, PA 17101
717-237-5473
sstaub@mcneeslaw.com

Respectfully Submitted,

/s/*Michael Miller*
Michael Miller
108 N. Reading Rd., Ste F, 246
Ephrata PA 17522
717-388-0163
reaganfive@protonmail.com

Dated: February 6, 2024