# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL MILLER,** | : | |
| Plaintiff | : | No. 1:24-CV-00014 |
| | : | |
| v. | : | Magistrate Judge Schwab |
| | : | |
| **COUNTY OF LANCASTER** and **OFFICE OF OPEN RECORDS,** | : | Electronically Filed Document |
| Defendants | : | *Complaint Filed 01/04/24* |

## ORDER

**AND NOW**, this _____ day of _____ 2024, upon consideration of the Defendant the Office of Open Records' Motion to Set Aside Default, it is hereby **ORDERED** that said motion is **GRANTED**.

The default entered by the Clerk against Defendant Office of Open Records is hereby SET ASIDE.

_____
**HONORABLE SUSAN E. SCHWAB**
**United States District Magistrate Judge**