# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL MILLER,** | : | |
| Plaintiff | : | No. 1:24-CV-00014 |
| | : | |
| v. | : | Magistrate Judge Schwab |
| | : | |
| **COUNTY OF LANCASTER** *and* | : | Electronically Filed Document |
| **OFFICE OF OPEN RECORDS,** | : | |
| Defendants | : | *Complaint Filed 01/04/24* |

## DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

Defendant the Pennsylvania Office of Attorney General, through counsel, hereby file this Motion to Dismiss the Complaint (Doc. 1), with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The Complaint fails to state any claim upon which relief may be granted. Defendant will file a brief in support of this Motion in accordance with Local Rule 7.5.

WHEREFORE, Defendant requests that this Court grant its Motion and dismiss the Complaint with prejudice.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | MICHELLE A. HENRY<br>Attorney General |
|  | By: *s/ Mary Katherine Yarish*<br>**MARY KATHERINE YARISH**<br>Deputy Attorney General<br>Attorney ID #328843 |
| **Office of Attorney General**<br>**15th Floor, Strawberry Square**<br>**Harrisburg, PA 17120**<br>**Phone: (717) 783-6315** |  |
|  | **KAREN M. ROMANO**<br>Chief Deputy Attorney General<br>Civil Litigation Section |
| **myarish@attorneygeneral.gov** |  |
| **Date: February 9, 2024** | *Counsel for Defendant Office of Open Records* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL MILLER,** | : | |
| Plaintiff | : | No. 1:24-CV-00014 |
| | : | |
| v. | : | Magistrate Judge Schwab |
| | : | |
| **COUNTY OF LANCASTER** *and* | : | Electronically Filed Document |
| **OFFICE OF OPEN RECORDS,** | : | |
| Defendants | : | *Complaint Filed 01/04/24* |

## CERTIFICATE OF CONCURRENCE / NON-CONCURRENCE

I, Mary Katherine Yarish, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that Plaintiff was contacted for his concurrence position via electronic email, and, at the time of the filing of this Motion, Undersigned Counsel did not receive his position on concurrence.

    *s/ Mary Katherine Yarish*
**MARY KATHERINE YARISH**
Deputy Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL MILLER, | : | |
| Plaintiff | : | No. 1:24-CV-00014 |
| | : | |
| v. | : | Magistrate Judge Schwab |
| | : | |
| COUNTY OF LANCASTER and | : | Electronically Filed Document |
| OFFICE OF OPEN RECORDS, | : | |
| Defendants | : | Complaint Filed 01/04/24 |

# CERTIFICATE OF SERVICE

I, Mary Katherine Yarish, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on February 9, 2024, I caused to be served a true and correct copy of the foregoing document titled *Defendant's Motion to Dismiss the Complaint* to the following:

## VIA ECF

Michael Miller
108 North Reading Road
Suite F, 246
Ephrata, PA 17522
reaganfive@protomail.com
*Pro Se Plaintiff*

Sarah Hyser-Staub
McNees Wallace & Nurick LLC
100 Pine Street
Harrisburg, PA 17101
sstaub@mcneeslaw.com
*Counsel for Defendant County of Lancaster*

    *s/ Mary Katherine Yarish*
**MARY KATHERINE YARISH**
Deputy Attorney General