IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| MICHAEL MILLER, | : | CIV. NO. 1:24-cv-00014 |
|---|---|---|
| Plaintiff, | : | (Magistrate Judge Schwab) |
| v. | : | |
| COUNTY OF LANCASTER, *et al.*, | : | |
| Defendants. | : | |

# ORDER
February 16, 2024

On February 9, 2024, Office of Open Records filed a motion to set aside default and on February 9, 2024, it filed a brief in support of that motion. *See docs. 14, 15*. **IT IS ORDERED** that Michael Miller, on or before **March 1, 2024**, shall file a brief in opposition to motion to set aside default. Pursuant to Local Rule 7.7, Office of Open Records may file a reply brief within 14 days of being served with a copy of Miller's brief in opposition. All briefs must conform to the requirements of Local Rule 7.8.

*/s/ Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge