# DISTRICT COURT OF THE UNITED STATES
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Michael Miller<br>   Petitioner,<br>v.<br><br>COUNTY OF LANCASTER, ET. AL.,<br>   Respondents. | CIVIL ACTION NO: 1:24-CV-00014-SES<br><br>Magistrate Judge Susan E. Schwab |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

Petitioner, Michael Miller ["Miller"], moves the court to enter a default judgment against Office of Open Records ["OOR"] pursuant to Rule 55(b)(2), for the reasons set forth in his supporting brief to be filed in accordance with Local Rule 7.5.

WHEREFORE, Miller moves the court to enter a default judgment against OOR, costs for Petitioner, and together with such and other relief as the court may deem just.

Respectfully Submitted:

*/s/ Michael Miller*
Michael Miller
108 N. Reading Rd, Ste F, 246
Ephrata, PA 17522
(717) 388-0163
reaganfive@protonmail.com

Date: February 17, 2024

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be served by e-filing a true and correct copy of the foregoing document to the following:

Yarish, Mary Katherine
15th Floor, Strawberry Square
Attorney ID #328843
Harrisburg, PA 17120
Phone: (717) 783-6315
myarish@attorneygeneral.gov

Sarah Hyser-Staub
PA I.D. No. 315989
100 Pine Street
Harrisburg, PA 17101
717-237-5473
sstaub@mcneeslaw.com

Respectfully Submitted,

/s/*Michael Miller*
Michael Miller
108 N. Reading Rd., Ste F, 246
Ephrata PA 17522
717-388-0163
reaganfive@protonmail.com

Dated: February 17, 2023

## CERTIFICATE OF NON-CONCURRENCE

I hereby certify that I sought the concurrence of Respondent, Office of Open Records, in this motion. Respondent does not concur in the motion.

Respectfully Submitted:

*/s/ Michael Miller*
Michael Miller
108 N. Reading Rd, Ste F, 246
Ephrata, PA 17522
(717) 388-0163
reaganfive@protonmail.com

Date: February 17, 2024

# DISTRICT COURT OF THE UNITED STATES
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Michael Miller<br><br>   Petitioner,<br><br>v.<br><br>COUNTY OF LANCASTER, ET. AL.,<br>   Respondents. | CIVIL ACTION NO: 1:24-CV-00014-SES<br><br>Magistrate Judge Susan E. Schwab |

## **ORDER**

THIS CAUSE having come before the Court upon the motion of Petitioner for an order to enter default judgment for Respondent, Office of Open Records.

ORDERED AND ADJUDGED that the Petitioner's motion is granted.

  DONE AND ORDERED this ___ day of _____ 2024.

                _____
                **Susan E. Schwab**
                **United States Magistrate Judge**