IN THE DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Michael Miller<br><br>    Petitioner,<br><br>v.<br><br>COUNTY OF LANCASTER, ET. AL.,<br><br>    Respondents. | CIV. NO: 1:24-CV-00014-SES<br><br>(Magistrate Judge Susan E. Schwab) |

**PRAECIPE REQUESTING CLARIFICATION ON APPEARANCES**

    Petitioner requests the Court provide clarification regarding Respondent, Office of Open Records's appearances in this matter. Ms. Yarish's practice is signing motions and briefs which she asserts are "submitted by" someone who neither appears nor signs. Petitioner has found no rule describing such participation. Petitioner also seeks to be availed of similar means of assistance.

Respectfully Submitted:

*/s/ Michael Miller*
Michael Miller
108 N. Reading Rd, Ste F, 246
Ephrata, PA 17522
(717) 388-0163
reaganfive@protonmail.com

Date:  February 26, 2024

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served by e-filing a true and correct copy of the foregoing document to the following:

Yarish, Mary Katherine
15th Floor, Strawberry Square
Attorney ID #328843
Harrisburg, PA 17120
Phone: (717) 783-6315
myarish@attorneygeneral.gov

Sarah Hyser-Staub
PA I.D. No. 315989
100 Pine Street
Harrisburg, PA 17101
717-237-5473
sstaub@mcneeslaw.com

Respectfully Submitted,

/s/*Michael Miller*
Michael Miller
108 N. Reading Rd., Ste F, 246
Ephrata PA 17522
717-388-0163
reaganfive@protonmail.com

Dated: February 26, 2024