NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) OR *PRO SE*

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL MILLER

Plaintiff(s)

v.

COUNTY OF LANCASTER, et al.

Defendant(s).

CASE NUMBER:

1:24-cv-0014

**STATEMENT OF CONSENT TO PROCEED
BEFORE A UNITED STATES MAGISTRATE JUDGE
(For use in Direct Assignment of Civil Cases to
Magistrate Judges Only)**

**THIS CONSENT FORM SHALL BE USED ONLY FOR CASES IN WHICH A MAGISTRATE JUDGE IS INITIALLY
ASSIGNED PURSUANT TO STANDING ORDER 2022-19**

In accordance with Standing Order 2022-19, Fed.R.Civ.P. 73 and 28 U.S.C. § 636(c), the above-captioned civil matter
has been assigned to Magistrate Judge Martin C. Carlson . All parties to the above-captioned civil
matter are to select one of the following two options and return the Consent Form to consents@pamd.uscourts.gov or mail to
Clerk's Administrative Assistant, Clerk's Office, U.S. District Court, P.O. Box 1148, Scranton, PA  18501-1148, within **30 days**
from the date the Consent Form was sent.  This Consent Form was sent on 04/09/24 .

☐ The party or parties listed below to the above-captioned civil matter **consent** pursuant to the provisions of
Standing Order 2022-19, 28 U.S.C. § 636(C) and Fed.R.Civ.P. 73(b), to have the assigned Magistrate Judge
conduct all further proceedings in this case, including trial and entry of final judgment.

Any appeal from a judgment of the assigned Magistrate Judge shall be taken to the United States Court of Appeals
in the same manner as an appeal from any other judgment of the District Court in accordance with 28 U.S.C.
§ 636(c)(3).

☐ The party or parties listed below to the above-captioned civil matter **do not consent** to proceed before the
assigned Magistrate Judge. The case will be randomly assigned to a District Judge, within the Middle District of
Pennsylvania, but not necessarily in the location in which the case was filed.

The party or parties listed below acknowledge that they are free to decline consent without adverse substantive
consequences.

Name of Counsel (**OR** Party if *Pro Se*)        Signature and Date        Counsel for (Name of Party or Parties)

_____        _____        _____

_____        _____        _____

_____        _____        _____

## NOTICE TO COUNSEL FROM CLERK:

All parties having consented to proceed before the assigned Magistrate Judge, this case will remain assigned to United
States Magistrate Judge Martin C. Carlson for all further proceedings.

**STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
(For use in Direct Assignment of Civil Cases to Magistrate Judges only)