UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL MILLER,** | : | Civ. No. 1:24-CV-14 |
| **Plaintiff,** | : | |
| vs. | : | **(Magistrate Judge Carlson)** |
| **LANCASTER COUNTY, et al.,** | : | |
| **Defendants.** | : | |

# ORDER

## THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

This case involves challenges to a local election in Lancaster County brought by a Lancaster County resident against Lancaster County and the Pennsylvania Commonwealth Office of Open Records. (Doc. 1). On April 8, 2024, the case was referred to the undersigned and upon review of the docket we noted a number of pending motions, including a motion filed by the plaintiff requesting that the attorney for the Commonwealth defendant further clarify the manner in which she signed her appearance in this case. (Doc. 26). That notice of appearance identifies counsel as a deputy attorney general and also lists the Attorney General and counsel's supervisor. (Doc. 9). This form of notice is not ambiguous and conforms with the standard practice of the Office of Attorney General.

1

Accordingly, the motion to clarify this notice of appearance, (Doc. 26), is DENIED.

So ordered this 11th day of April 2024.

*Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge