IN THE DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF PENNSYLVANIA

| Michael Miller  Petitioner,  v.  COUNTY OF LANCASTER, ET. AL.,  Respondents. | CIV. NO: 1:24-CV-00014 |
|---|---|

## MOTION TO ENTER AN ORDER ON RESPONDENTS' MOTIONS TO DISMISS WITHOUT FURTHER DELAY

On January 4, 2024, Michael Miller, filed a verified Petition for Declaratory Judgment (Doc. 1). On February 1st and February 9th, respondents each filed motions to dismiss the Petition. These motions and their opposition are fully briefed and before the court for more than 30 days. FRCP 1 requires that FRCP 12(a)(4) be "construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination and proceeding".

WHEREFORE, Petitioner moves the court to take up these motions on or before **May 1, 2024** and to enter the attached Order by **May 1, 2024.**

Respectfully Submitted:

*/s/ Michael Miller*
Michael Miller
108 N. Reading Rd, Ste F, 246
Ephrata, PA 17522
(717) 388-0163
reaganfive@protonmail.com

Date: April 16, 2024

IN THE DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF PENNSYLVANIA

| Michael Miller  Petitioner,  v.  COUNTY OF LANCASTER, ET. AL.,  Respondents. | CIV. NO: 1:24-CV-00014 |
|---|---|

# ORDER

On January 4, 2024, Michael Miller filed a verified Petition (Doc. 1) into the District Court of the United States, Middle District Court of Pennsylvania. The Petition alleges a controversy with a state agency and a political subdivision that arises under the Constitution and which grants this court subject matter jurisdiction. The Petition also raises a constitutional challenge to the state's law for accessing public records. The Petition states a claim for declaratory judgment upon which the court can grant relief. Therefore, Respondents' motions to dismiss for failure to state a claim and lack of subject of matter jurisdiction must be, and are, DENIED. Respondents have 14 days from the date of this order to file responsive pleadings to the General Factual Allegations in the Petition.

So ordered this ____ day of _____, 2024.

*Jennifer P. Wilson*
Jennifer P. Wilson
United States District Judge

## CERTIFICATE OF NON-CONCURRENCE

I hereby certify that I sought the concurrence of respondents, Office of Open Records and County of Lancaster in this motion. Both respondents indicated they took no position in this motion.

Respectfully Submitted:

*/s/ Michael Miller*
Michael Miller
108 N. Reading Rd, Ste F, 246
Ephrata, PA 17522
(717) 388-0163
reaganfive@protonmail.com

Date: April 16, 2024

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be served by e-filing a true and correct copy of the foregoing document to the following:

| | |
|---|---|
| Yarish, Mary Katherine<br>15th Floor, Strawberry Square<br>Attorney ID #328843<br>Harrisburg, PA 17120<br>Phone: (717) 783-6315<br>myarish@attorneygeneral.gov | Sarah Hyser-Staub<br>PA I.D. No. 315989<br>100 Pine Street<br>Harrisburg, PA 17101<br>717-237-5473<br>sstaub@mcneeslaw.com |

Respectfully Submitted,

/s/*Michael Miller*
Michael Miller
108 N. Reading Rd., Ste F, 246
Ephrata PA 17522
717-388-0163
reaganfive@protonmail.com

Dated: April 16, 2024