IN THE DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF PENNSYLVANIA

| Michael Miller       Petitioner, v.  COUNTY OF LANCASTER, ET. AL.,       Respondents. | CIV. NO: 1:24-CV-00014   (Judge Jennifer P. Wilson) (Magistrate Judge Martin Carlson) |
|---|---|

**PETITIONER'S OBJECTION TO DISMISSAL OF MOTION (DOC. 39)**

Petitioner registers objects to the court's dismissal of his motion (Doc. 39), and in support states:

On January 4, 2024, Petitioner filed a verified Petition for Declaratory Judgment (Doc. 1) alleging controversy with government respondents arising under the Constitution and challenging the constitutionality of state law. On February 1st and February 9th, Respondents filed motions to dismiss the Petition. (Doc. 8 and Doc. 16). On April 16th, Petitioner moved the court to take up the motions to dismiss on or before May 1st. (Doc. 39) The respondents did not oppose the motion. As of May 2nd, the judge did not act on the Petitioner's motion. The court provided no explanation for not acting on the motion. Petitioner records his objection to the court's arbitrary dismissal of his motion (Doc. 39). Petitioner objects to arbitrary proceedings that impede justice pursuant to FRCP 1 and FRCP

57.

                                                Respectfully Submitted:

                                                */s/ Michael Miller*
                                                      Michael Miller
                              108 N. Reading Rd, Ste F, 246
                                      Ephrata, Pennsylvania
                                            (717) 388-0163
Date: May 3, 2024                           reaganfive@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing document on all parties and/or counsel of record by operation of the Court's electronic filing system.

Respectfully Submitted,

/s/*Michael Miller*
Michael Miller
108 N. Reading Rd., Ste F, 246
Ephrata, Pennsylvania
717-388-0163

Dated: May 3, 2024   reaganfive@protonmail.com