IN THE DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF PENNSYLVANIA

| Michael Miller Petitioner, v. COUNTY OF LANCASTER, ET. AL., Respondents. | CIV. NO: 1:24-CV-00014 (Judge Jennifer P. Wilson) (Magistrate Judge Martin C. Carlson) |
|---|---|

**PETITIONER'S OBJECTION TO DISMISSAL OF MOTION (DOC. 39)**

Petitioner records objection to the court's non-compliance with Local Rule 16.4 and in support states:

The court failed to comply with Local Rule 16.4, as required. Local Rule 16.4 states, "The court shall issue a scheduling order within one hundred and twenty (120) days after service of the complaint after consulting with counsel and any pro se litigants by conference, telephone, mail, or any other suitable means.") The petition was filed on January 4, 2024. The due date was May 3, 2024. The court did not contact or consult with Petitioner; it did not issue a scheduling order; it did not hold a conference. Petitioner objects to denial of justice pursuant to FRCP 1 and FRCP 57.

Respectfully Submitted:

*/s/ Michael Miller*
Michael Miller
108 N. Reading Rd, Ste F, 246
Ephrata, Pennsylvania
(717) 388-0163
reaganfive@protonmail.com

Date: May 3, 2024

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing document on all parties and/or counsel of record by operation of the Court's electronic filing system.

Respectfully Submitted,

/s/*Michael Miller*
Michael Miller
108 N. Reading Rd., Ste F, 246
Ephrata, Pennsylvania
717-388-0163
reaganfive@protonmail.com

Dated: May 3, 2024