IN THE DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF PENNSYLVANIA

| Michael Miller                  | CIV. NO: 1:24-CV-00014                |
| Petitioner,                     |                                       |
| v.                              |                                       |
| COUNTY OF LANCASTER, ET. AL.,   | (Judge Jennifer P. Wilson)            |
| Respondents.                    | (Magistrate Judge Martin C. Carlson)  |

**PETITIONER'S OBJECTION TO PROCEEDINGS PURSUANT TO FRCP 55**

Petitioner objects to the court's refusal to timely resolve OOR's default. (Doc. 12). FRCP 55(b)(2) provides for the court to conduct a hearing to resolve respondent's default. ("The court may conduct hearings…to establish the truth of any allegation by evidence; or investigate any other matter.") Despite the fact that respondent has established no facts to warrant setting aside the default, the judge has not conducted hearings on this matter but instead issued Report and Recommendation (Doc. 37), which, over written objection (Doc. 40), would set aside the default on mere *ipse dixit*. Petitioner objects to arbitrary and dilatory proceedings that impede justice pursuant to FRCP 1 and FRCP 57.

|  | Respectfully Submitted: |
|---|---|
|  | */s/ Michael Miller* |
|  | Michael Miller |
|  | 108 N. Reading Rd, Ste F, 246 |
|  | Ephrata, Pennsylvania |
|  | (717) 388-0163 |
| Date: May 3, 2024 | reaganfive@protonmail.com |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing document on all parties and/or counsel of record by operation of the Court's electronic filing system.

|  | Respectfully Submitted, |
|---|---|
|  | /s/*Michael Miller* |
|  | Michael Miller |
|  | 108 N. Reading Rd., Ste F, 246 |
|  | Ephrata, Pennsylvania |
|  | 717-388-0163 |
| Dated: May 3, 2024 | reaganfive@protonmail.com |