# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL MILLER, | : | No. 1:24-cv-00014-JPW-MCC |
| Plaintiff, | : | |
| | : | |
| v. | : | (Judge Wilson) |
| | : | (Magistrate Judge Carlson) |
| COUNTY OF LANCASTER, *et al.*, | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, on this ____ day of _____ 2024, upon consideration of Defendant County of Lancaster's Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11, IT IS ORDERED THAT the Motion is GRANTED. IT IS FURTHER ORDERED THAT Plaintiff Michael Miller shall make payment to Defendant Lancaster County as reimbursement for reasonable attorneys' fees expended on defending the meritless claims lodged against it in the above-captioned action, in the amount of _____.

_____
United States District Judge