IN THE DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF PENNSYLVANIA

| Michael Miller　　Petitioner,　v.　COUNTY OF LANCASTER, ET. AL.,　　Respondents. | Civ. No: 1:24-CV-00014　　　(Jennifer Wilson, District Judge) (Martin Carlson, Magistrate Judge) |
|---|---|

## MOTION TO DISPOSE JURISDICTION CHALLENGE

On January 4, 2024, Petitioner, Michael Miller filed a verified Petition for Declaratory Judgment (Doc. 1). On February 1st and February 9th, the respondents each filed objections to the Petition under FRCP 12(b)(1) and FRCP 12(b)(6).

WHEREFORE, Petitioner moves the court to dispose these objections within on or before **July 2, 2024** by entering the attached Order. In the alternative, if the court determined it lacks jurisdiction, it should announce the fact on or before **July 2, 2024**.

Respectfully Submitted:

*/s/ Michael Miller*
Michael Miller
108 N. Reading Rd, Ste F, 246
Ephrata, Pennsylvania
(717) 388-0163
reaganfive@protonmail.com

Date:  June 18, 2024

IN THE DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF PENNSYLVANIA

| Michael Miller<br>    Petitioner,<br>v.<br><br>COUNTY OF LANCASTER, ET. AL.,<br>    Respondents. | CIV. NO: 1:24-CV-00014<br><br><br>(Jennifer Wilson, District Judge)<br>(Martin Carlson, Magistrate Judge) |
|---|---|

# ORDER

On January 4, 2024, Michael Miller filed a verified Petition (Doc. 1) into the District Court of the United States, Middle District Court of Pennsylvania. The Petition alleges a controversy with a state agency and a political subdivision that arises under the Constitution and which grants this court subject matter jurisdiction. The Petition raises a constitutional challenge to the state's law for accessing public records. The Petition states a claim for declaratory judgment upon which the court can grant relief. Accordingly, Respondents' motions to dismiss for failure to state a claim and lack of subject of matter jurisdiction are DENIED. Pursuant to FRCP 12(a)(4)(A), respondents are allotted 14 days from the date of this order to file responsive pleadings to the General Factual Allegations in the Petition.

So ordered this ____ day of _____, 2024.

*Jennifer P. Wilson*
Jennifer P. Wilson

United States District Judge

# CERTIFICATE OF NON-CONCURRENCE

I hereby certify that I sought the concurrence of respondents. Both counsels of respondents indicated that they took no position in this motion.

Respectfully Submitted:

*/s/ Michael Miller*
Michael Miller
108 N. Reading Rd, Ste F, 246
Ephrata, Pennsylvania
(717) 388-0163
reaganfive@protonmail.com

Date: June 18, 2024

# CERTIFICATE OF SERVICE

I hereby certify that I have this day caused to be served a copy of this document to the following by operation of the Court's electronic filing system.

Yarish, Mary Katherine
15th Floor, Strawberry Square
Attorney ID #328843
Harrisburg, PA 17120
Phone: (717) 783-6315
myarish@attorneygeneral.gov

Sarah Hyser-Staub
PA I.D. No. 315989
Lauren Anthony
McNees, Wallace & Nurick
100 Pine Street
Harrisburg, PA 17101
717-237-5473
sstaub@mcneeslaw.com

Respectfully Submitted,

/s/*Michael Miller*
Michael Miller
108 N. Reading Rd., Ste F, 246
Ephrata, Pennsylvania
717-388-0163
reaganfive@protonmail.com

Dated: June 18, 2024