# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL MILLER, | : | Civ. No. 1:24-CV-14 |
| Plaintiff, | : | (Judge Wilson) |
| vs. | : | (Magistrate Judge Carlson) |
| LANCASTER COUNTY, et al., | : | |
| Defendants. | : | |

# ORDER

## THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

This case involves challenges to a local election in Lancaster County brought by a Lancaster County resident against Lancaster County and the Pennsylvania Commonwealth Office of Open Records. (Doc. 1). On April 8, 2024, the case was referred to the undersigned we have addressed a number of pending matters, including a motion to reopen default judgment which was the subject of a Report and Recommendation which we filed with the district court.

On June 5, 2024, the district court adopted this Report and Recommendation and remanded the case to us. We are now turning to a consideration of the pending motions to dismiss Miller's complaint. Apparently dissatisfied with the pace of this litigation, Mr. Miller has a pleading, styled as a motion to dispose of jurisdictional

1

challenge, (Doc. 56), which directs us to address the outstanding motions to dismiss in this case by July 2, 2024.

To the extent that Miller's motion seeks to specifically dictate when we address other pending motions in this case, the motion (Doc. 56) is DENIED. The plaintiff may rest assured, however, that we appreciate the interest of all parties in a prompt resolution of these motions.

So ordered this 20th day of June 2024.

*Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge