IN THE DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF PENNSYLVANIA

| Michael Miller   Petitioner, v.  COUNTY OF LANCASTER, ET. AL.,   Respondents. | CIV. NO: 1:24-CV-00014  (Magistrate Judge Martin Carlson) (Judge Jennifer P. Wilson) |
|---|---|

**OBJECTION TO COURT'S DELAY IN DISPOSING PRELIMINARY OBJECTIONS**

Petitioner filed a petition for declaratory judgment on January 4, 2024 containing 73 verified allegations against government respondents. (Doc. 1) In lieu of filing an answer, the respondents filed objections under FRCP 12(b)(1) and 12(b)(6). Nearly nine months later, the court has not disposed these objections. Notably, the respondents have not requested hearings for these motions nor has a judge provided any hearings or conferences. On June 18th, Petitioner resorted to filing a motion/brief requesting the court dispose these objections (Doc 56, 57). The court has not done so.

Petitioner objects to the court's delay in disposing 12(b) objections. FRCP 57 states: *"The court may order a speedy hearing of a declaratory-judgment action.*" Additionally, FRCP 1 states: *"These rules govern the procedure in all civil actions and proceedings in the United States district courts, except as stated*

*in Rule 81. They should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding.* Plainly, nine months and counting to resolve 12(b) objections is noncompliance by the court to "construe, administer, and employ" FRCP 12 to secure a "just, speedy, and inexpensive determination". Petitioner now records objection.

Respectfully Submitted:

*/s/ Michael Miller*
Michael Miller
108 North Reading Road, Ste F, 246
Ephrata, Pennsylvania
(717) 388-0163
reaganfive@protonmail.com

Date: August 20, 2024

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be served by e-filing a true and correct copy of the foregoing document to the following:

| | |
|---|---|
| Yarish, Mary Katherine<br>15th Floor, Strawberry Square<br>Attorney ID #328843<br>Harrisburg, PA 17120<br>Phone: (717) 783-6315<br>myarish@attorneygeneral.gov | Sarah Hyser-Staub<br>Lauren Anthony<br>McNees, Wallace, and Nurick LLC<br>100 Pine Street<br>Harrisburg, PA 17101<br>717-237-5473<br>sstaub@mcneeslaw.com |

Respectfully Submitted,

/s/*Michael Miller*
Michael Miller
108 North Reading Road., Ste F, 246
Ephrata, Pennsylvania
717-388-0163
reaganfive@protonmail.com

Dated: August 20, 2024