# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL MILLER, | : | No. 1:24-cv-00014-JPW-MCC |
| Plaintiff, | : | |
| | : | |
| v. | : | (Judge Wilson) |
| | : | (Magistrate Judge Carlson) |
| COUNTY OF LANCASTER, *et al.*, | : | |
| Defendants. | : | (Electronically filed) |

## DEFENDANT COUNTY OF LANCASTER'S MOTION TO TAKE JUDICIAL NOTICE

Defendant County of Lancaster ("Lancaster County" or the "County"), by and through its undersigned counsel, respectfully requests that this Court take judicial notice of recent filings made by Plaintiff Michael Miller for the reasons set forth in its supporting brief filed in accordance with Local Rule 7.5.

Respectfully submitted,

McNEES WALLACE & NURICK LLC

By  *Sarah H Staub*
Sarah Hyser-Staub
PA I.D. No. 315989
Lauren Anthony
PA I.D. No. 324557
100 Pine Street
Harrisburg, PA 17101
717-237-5473
sstaub@mcneeslaw.com
lanthony@mcneeslaw.com

Dated: December 17, 2024    *Attorneys for Defendant Lancaster County*