## CERTIFICATE OF NON-CONCURRENCE

I hereby certify that I sought the concurrence of Plaintiff in Defendant County of Lancaster's Motion to Take Judicial Notice. Plaintiff does not concur in the motion.

                                              McNEES WALLACE & NURICK LLC

                                              By *Sarah H Staub*
                                                    Sarah Hyser-Staub
                                                    PA I.D. No. 315989
                                                    Lauren Anthony
                                                    PA I.D. No. 324557
                                                    100 Pine Street
                                                    Harrisburg, PA 17101
                                                    717-237-5473
                                                    sstaub@mcneeslaw.com
                                                    lanthony@mcneeslaw.com

                                        *Attorney for Defendant Lancaster County*

Dated: December 17, 2024