# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL MILLER, | : | No. 1:24-cv-00014-JPW-MCC |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF LANCASTER, *et al.*, | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, on this \_\_\_\_ day of _____ 202\_\_, upon consideration of Defendant County of Lancaster's Motion to Take Judicial Notice, IT IS ORDERED THAT the Motion is GRANTED. The Court shall take judicial notice of the filings made by Plaintiff Michael Miller referred to in the Motion for Judicial Notice for purposes of the Court's consideration of Defendant County of Lancaster's Motion for Sanctions (Doc. No. 48).

_____
, J.