# CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing document on all parties and/or counsel of record by operation of the Court's electronic filing system.

                                              McNEES WALLACE & NURICK LLC

By _/s/ Sarah H Staub_
       Sarah Hyser-Staub
       PA I.D. No. 315989
       Lauren Anthony
       PA I.D. No. 324557
       100 Pine Street
       Harrisburg, PA 17101
       717-237-5473
       sstaub@mcneeslaw.com
       lanthony@mcneeslaw.com

*Attorney for Defendant Lancaster County*

Dated:  December 17, 2024