# CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing document on all parties and/or counsel of record by operation of the Court's electronic filing system.

                                                McNEES WALLACE & NURICK LLC

                                      By *Sarah H Staub*
                                                Sarah Hyser-Staub
                                                PA I.D. No. 315989
                                                Lauren Anthony
                                                PA I.D. No. 324557
                                                100 Pine Street
                                                Harrisburg, PA 17101
                                                717-237-5473
                                                sstaub@mcneeslaw.com
                                                lanthony@mcneeslaw.com

                                        *Attorneys for Defendant Lancaster County*

Dated:  December 17, 2024