# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL MILLER,** | : | Civ. No. 1:24-CV-14 |
| **Plaintiff,** | : | (Judge Wilson) |
| vs. | : | (Magistrate Judge Carlson) |
| **LANCASTER COUNTY, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW this 3d day of March 2025, in accordance with the accompanying Memorandum Opinion, IT IS ORDERED that the defendants' motions for sanctions, (Docs. 48 and 67) are DENIED but Miller is placed on notice that, absent the reversal of our prior decision, in our view further efforts to relitigate these claims in this Court may likely subject the plaintiff to sanctions.

*Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

11